**07 CIV 9249** (CTx), CLOSED, DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-04974-SVW-CT

Dolores Hays et al v. Proctor & Gamble Pharmaceuticals Inc et al
Assigned to: Judge Stephen V. Wilson
Referred to: Magistrate Judge Carolyn Turchin
Case in other court: Los Angeles Superior Court Southeast District, VC048985
Cause: 28:1441 Notice of Removal - Product Liability

Date Filed: 08/01/2007
Date Terminated: 10/09/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Dolores G Hays**
*a single woman*

represented by **Robert F Clarke**
Phillips and Associates
3030 North Third Street, Suite 1100
Phoenix, AZ 85012
602-258-8900
Email: bobc@phillipslaw.ws
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominie E Fischer**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Violet King**
*a single woman*

represented by **Violet King**
PRO SE

**Plaintiff**

**Mary V Lawson**

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Markewyez**
*a single woman*

represented by **Robert F Clarke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Martinez**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Plaintiff

**Frances McCombs**  
*a single woman*

represented by **Frances McCombs**  
PRO SE

Plaintiff

**Leslie Meredith**  
*wife*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Plaintiff

**David Crall**  
*husband*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Plaintiff

**Jacqueline Palumberi**

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Plaintiff

**August Ruyle**  
*wife*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Plaintiff

**Steven Ruyle**  
*husband*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

Plaintiff

**Dorothy Wallace**  
*a single woman*

represented by **Robert F Clarke**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Proctor & Gamble Pharmaceuticals**

represented by **Lana Varney**

| | |
|---|---|
| **Inc**<br>*an Ohio corporation* | Fulbright & Jaworski<br>600 Congress Ave<br>Ste 2400<br>Austin, TX 78701<br>512-474-5201<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter H Mason**<br>Fulbright and Jaworski<br>555 South Flower Street, Suite 4100<br>Los Angeles, CA 90071<br>213-892-9200<br>Email: pmason@fulbright.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen Huffaker**<br>Fulbright & Jaworski LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701-3271<br>512-474-5201<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**Aventis Pharmaceuticals Inc**<br>*a Delaware corporation*<br>*Successor*<br>Sanofi-Aventis U.S. L.L.C. | represented by **Peter H Mason**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br><br>**McKesson Corporation** | represented by **Lana Varney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Peter H Mason**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Raymond C Marshall**<br>Bingham McCutchen<br>3 Embarcadero Ctr, Ste 1800<br>San Francisco, CA 94111-4067<br>415-393-2000<br>*TERMINATED: 09/11/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

        **Stephen Huffaker**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Zachary J Alinder**
        Bingham McCutchen
        3 Embarcadero Ctr, Ste 1800
        San Francisco, CA 94111-4067
        415-393-2000
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1-50*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2007 | 1 | NOTICE OF REMOVAL from Los Angeles Superior Court Southeast District, case number VC48985 with CONFORMED COPY copy of summons and complaint.Case assigned to Judge Stephen V. Wilson, Discovery to Magistrate Judge Carolyn Turchin. (Filing fee $ 350 paid ), filed by defendants Proctor & Gamble Pharmaceuticals Inc, Aventis Pharmaceuticals Inc.(pj) (Entered: 08/10/2007) |
| 08/01/2007 |  | CONFORMED COPY OF ANSWER to COMPLAINT, [1] JURY DEMAND. filed by defendants Proctor & Gamble Pharmaceuticals Inc, Sanofi-Aventis U.S. L.L.C. successor in interest to Aventis Pharmaceuticals Inc. (DOCUMENT FILED IN SUPERIOR COURT ON 7/31/2007 ATTACHED TO EXHIBIT F)(pj) (Entered: 08/10/2007) |
| 08/01/2007 | 2 | CERTIFICATION of Interested Parties filed by Defendants Proctor & Gamble Pharmaceuticals Inc, Aventis Pharmaceuticals Inc. (pj) (Entered: 08/13/2007) |
| 08/01/2007 |  | FAX number for Attorney Peter H Mason is 213-892-9494. (pj) (Entered: 08/13/2007) |
| 08/01/2007 |  | FAX number for Attorney Robert F Clarke is 602-288-1671. (pj) (Entered: 08/13/2007) |
| 08/01/2007 | 6 | NOTICE of Related Case(s) filed by Defendants Proctor & Gamble Pharmaceuticals Inc, Aventis Pharmaceuticals Inc. Related Case(s): CV 06-5378 FMC (PJWx) and other related cases (rn) (Entered: 08/15/2007) |
| 08/02/2007 | 3 | PROOF OF SERVICE filed by Defendant Proctor & Gamble Pharmaceuticals Inc, re Certificate of Interested Parties [2], Notice of Removal, [1], Notice to Counsel, Civil Cover Sheet, Optical Scanning Enrollment/Update Form served on 8/1/07. (et) (Entered: 08/14/2007) |

| | | |
|---|---|---|
| 08/14/2007 | 4 | NEW CASE ORDER by Judge Stephen V. Wilson that this case has been assigned to the calendar of Judge Stephen V. Wilson. The Court fully adheres to Rule 1 of the FRCP which requires that the Rules be "construed to secure the just, speedy and inexpensive determination of every action." Memoranda of Points and Authorities in support of or in opposition to motion shall not exceed 25 pages. Replies, thereto, shall not exceed 12 pages (see document for further details). (et) (Entered: 08/15/2007) |
| 08/14/2007 | 5 | ORDER REGARDING STATUS CONFERENCE by Judge Stephen V. Wilson thatStatus Conference set for 10/1/2007 03:00 PM. The attorneys attending this conference MUST be those who are in charge of the conduct of the trial. Attendance is mandatory. (see document for further details). If this case was removed from the state court and if plaintiff wants to seek a remand, plaintiff counsel should file an Ex parte Application for Remand not later than 14 days prior to the conference. Defendants should any opposition to the Ex Parte Application to the conference. (et) (Entered: 08/15/2007) |
| 08/15/2007 | 7 | STIPULATION Extending Time to Answer the complaint as to McKesson Corporation; answer now due 8/31/2007; filed by Defendant McKesson Corporation.(mg) (Entered: 08/20/2007) |
| 08/20/2007 | 9 | ERRATA SHEET filed by Defendants Proctor & Gamble Pharmaceuticals Inc, Aventis Pharmaceuticals Inc, re Notice of Removal, [1] (rrey) (Entered: 08/27/2007) |
| 08/20/2007 | 10 | PROOF OF SERVICE filed by defendants Proctor & Gamble Pharmaceuticals Inc, Aventis Pharmaceuticals Inc, re Order re Status Conference, 5, New Case Order, 4 served on 8/20/07. (rrey) (Entered: 08/27/2007) |
| 08/23/2007 | 8 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07.02 (Related Case) filed. Transfer of case declined by Judge Florence-Marie Cooper, for the reasons set forth on this order. Related Case No. CV 06-5378 FMC (PJWx)(rn) (Entered: 08/23/2007) |
| 08/31/2007 | 11 | ANSWER to Notice of Removal, [1] Demand for Jury Trial filed by defendant McKesson Corporation.(bg) (Entered: 09/05/2007) |
| 08/31/2007 | 12 | CERTIFICATION of Interested Parties filed by Defendant McKesson Corporation. (bg) (Entered: 09/06/2007) |
| 08/31/2007 | 13 | APPLICATION of Lana K Varney for Leave to Appear Pro Hac Vice. FEE PAID. filed by defendants Proctor & Gamble Pharmaceuticals Inc, McKesson Corporation. Lodged order. (bg) (Entered: 09/06/2007) |
| 08/31/2007 | 14 | APPLICATION of Stephen Huffaker for Leave to Appear Pro Hac Vice filed by defendants Proctor & Gamble Pharmaceuticals Inc, McKesson Corporation. Lodged order. (bg) (Entered: 09/06/2007) |
| 08/31/2007 | | FAX number for Attorney Stephen Huffaker is 512-536-4598. (bg) (Entered: 09/06/2007) |

| | | |
|---|---|---|
| 09/04/2007 | 15 | ORDER by Judge Stephen V. Wilson, Granted APPLICATION of Stephen Huffaker for Leave to Appear Pro Hac Vice[14] (bg) (Entered: 09/06/2007) |
| 09/04/2007 | 16 | ORDER by Judge Stephen V. Wilson,Granted APPLICATION of Lana K Varney for Leave to Appear Pro Hac Vice. FEE PAID.[13] (bg) (Entered: 09/06/2007) |
| 09/11/2007 | 17 | Substitution of Attorney filed. Substituting attorney Peter H Mason for McKesson Corporation in place and stead of attorney Raymond C Marshall by Judge Stephen V. Wilson.(ca) (Entered: 09/12/2007) |
| 10/09/2007 | 18 | STIPULATION AND ORDER by Judge Stephen V. Wilson transferring case to USDC SOUTHERN DISTRICT OF NEW YORK. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(pj) (Entered: 10/09/2007) |
| 10/11/2007 | | TRANSMITTAL of documents Original file, certified copy of the transfer order and docket sheet sent to USDC SOUTHERN DISTRICT OF NEW YORK, (pj) (Entered: 10/11/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/11/2007 08:20:05 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-04974-SVW-CT |
| Billable Pages: | 4 | Cost: | 0.32 |